# Parker Heating & Cooling Inc.

## Profit and Loss
### January 1 - August 6, 2024

|  | TOTAL |
|---|---:|
| **Income** | |
|   4000 Revenue | |
|     4007 Sales | 3,434.00 |
|      | 1,070,656.00 |
|   **Total 4000 Revenue** | **1,074,090.00** |
| **Total Income** | **$1,074,090.00** |
| **Cost of Goods Sold** | |
|   5100 Cost of labor - COS | |
|     5110 Direct Labor | 87,800.41 |
|     5130 Warranty Labor Cost | -360.00 |
|     5160 Payroll Taxes | 2,199.94 |
|       5163 Payroll Tax - Marion Install | 2,540.80 |
|     **Total 5160 Payroll Taxes** | **4,740.74** |
|   **Total 5100 Cost of labor - COS** | **92,181.15** |
|   5310 Supplies & Materials - COGS | 121,899.03 |
|   5320 Equipment | 392,409.54 |
|   5330 Equipment Rental - COS | 1,146.39 |
|   5340 Subcontractors - COS | 4,933.00 |
|   5370 Consumer Finance Fee | 1,008.67 |
|   5380 Promotion & Rebates | -7,028.00 |
| **Total Cost of Goods Sold** | **$606,549.78** |
| **GROSS PROFIT** | **$467,540.22** |
| **Expenses** | |
|   6100 Advertising | 3,763.50 |
|     6101 Shirts | 1,782.89 |
|     6103 SIGN | 155.00 |
|     6104 Growing Media | 150.00 |
|     6105 Promotional | 6,761.16 |
|   **Total 6100 Advertising** | **12,612.55** |
|   6110 Auto Expense | 380.72 |
|     6111 Fuel Expense | 20,974.19 |
|     6112 Auto Repairs | 3,064.19 |
|     6113 License Plate Fees | 6,066.64 |
|   **Total 6110 Auto Expense** | **30,485.74** |
|   6120 Bad Debts | 335.00 |
|   6130 Bank Charges | 1,301.14 |
|     6131 Credit Card Fees | 1,767.41 |
|   **Total 6130 Bank Charges** | **3,068.55** |
|   6180 Dues & Subscriptions | 5,436.00 |
|   6190 Insurance | |
|     6192 General Liability | 12,661.18 |
|     6195 Insurance - Other | 941.57 |
|     6336 Insurance Expense Employee | 7,332.07 |
|   **Total 6190 Insurance** | **20,934.82** |

# Parker Heating & Cooling Inc.

## Profit and Loss
January 1 - August 6, 2024

|  | TOTAL |
|---|---:|
| 6230 Licenses & Fees | 4,125.00 |
| 6240 Miscellaneous | 37.54 |
| 6245 Janitorial | 780.00 |
| 6250 Office Expenses | 4,328.51 |
| 6252 Service Titan | 5,515.75 |
| 6253 Profit Rhino | 1,323.00 |
| 6300 Payroll Expense | |
|   6305 Payroll Expense - Clerical | 56,779.26 |
|   6360 Payroll Taxes - Indirect | 17,850.52 |
|   6370 Health Insurance | 104.69 |
|   6375 Bonus | 125.00 |
|   Payroll Expenses | |
|     Company Contributions | |
|       Retirement | 390.10 |
|   Total Company Contributions | 390.10 |
|   Total Payroll Expenses | 390.10 |
| Total 6300 Payroll Expense | 75,249.57 |
| 6420 Legal & Professional Fees | 26,051.00 |
|   6421 Accountant & Tax Consultant Fees | 1,321.84 |
| Total 6420 Legal & Professional Fees | 27,372.84 |
| 6430 Rent or Lease | 550.00 |
| 6450 Shop Supplies | 230.32 |
| 6460 Taxes Paid | 64.92 |
| 6480 Tools | 2,075.29 |
| 6500 Travel | |
|   6501 Promotional Meals | 25.00 |
| Total 6500 Travel | 25.00 |
| 6520 Utilities | |
|   6521 Phone Expense | 16,224.17 |
|   6522 Ameren - Electric | 889.78 |
|   6523 Water | 100.37 |
|   6524 Trash Pickup | 1,244.76 |
|   6525 Mowing | 600.00 |
|   6526 Internet | 1,488.84 |
| Total 6520 Utilities | 20,547.92 |
| Aramark - Uniforms | 5,877.18 |
| Donation | 592.98 |
| Payroll Expenses | |
|   Company Contributions | |
|     Retirement | 10,971.45 |
|   Total Company Contributions | 10,971.45 |
| Taxes | 8,229.93 |
| Wages | |

# Parker Heating & Cooling Inc.

## Profit and Loss
### January 1 - August 6, 2024

|  | TOTAL |
|---|---:|
| Health Insurance | 13,050.00 |
| Holiday Pay | 3,628.00 |
| Salary | 148,830.00 |
| Vacation Pay | 3,080.00 |
| **Total Wages** | **168,588.00** |
| **Total Payroll Expenses** | **187,789.38** |
| Pest Control | 2,085.00 |
| QuickBooks Payments Fees | 10,148.33 |
| Reimbursements | 1,114.11 |
|   Reimbursement | 790.23 |
| **Total Reimbursements** | **1,904.34** |
| **Total Expenses** | **$423,495.53** |
| NET OPERATING INCOME | **$44,044.69** |
| NET INCOME | **$44,044.69** |