**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In re: | ) | Case No.: 24-40304-lkg |
| | ) | Honorable Laura K. Grandy |
| PARKER HEATING & COOLING, INC., | ) | |
| | ) | Chapter 11 Proceeding |
| Debtor. | ) | |

**STATEMENT PURSUANT TO**
**11 U.S.C. § 1116(1)(B) REGARDING CASHFLOW STATEMENT**

COMES NOW Parker Heating & Cooling, Inc., as Debtor and Debtor in Possession, and reports that the Statement of Cash Flow does not exist.

Respectfully submitted,

CARMODY MACDONALD P.C.

By: /s/ *Robert E. Eggmann*
ROBERT E. EGGMANN #6203021
THOMAS H. RISKE #6301953
NATHAN R. WALLACE #74890MO
120 S. Central Avenue, Suite 1800
St. Louis, Missouri  63105
(314) 854-8600
(314) 854-8660 – FAX
ree@carmodymacdonald.com
thr@carmodymacdonald.com
nrw@carmodymacdonald.com

PROPOSED ATTORNEYS FOR DEBTOR