# United States Bankruptcy Court
## Southern District of Illinois

| | | | |
|---|---|---|---|
| In re | **Parker Heating & Cooling Inc.** | Case No. | **24-40304** |
| | Debtor(s) | Chapter | **11** |

## STATEMENT OF CORPORATE OWNERSHIP

Comes now **Parker Heating & Cooling Inc.** (the "Debtor") pursuant to Fed. R. Bankr. P. 1007(a) and 7007.1 state as follows:

1. All corporations that directly or indirectly own 10% or more of any class of the Debtor's equity interests are listed below:

| **Owner** | **% of Shares Owned** |
|---|---|
| -NONE- | |

By: **/s/ Robert E. Eggmann**
**Robert E. Eggmann 6203021**

Counsel for **Parker Heating & Cooling Inc.**