**Fill in this information to identify the case:**

Debtor name: **Parker Heating & Cooling Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF ILLINOIS**

Case number (if known): **24-40304**

■ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Illinois Department of Revenue**<br>**BK Unit Level 7-425**<br>**100 Randolph St.**<br>**Chicago, IL 60601**<br><br>Date or dates debt was incurred<br>**3rd Quarter 2024 to filing date**<br><br>Last 4 digits of account number<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**Payroll Taxes**<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | $2,891.98 | $2,891.98 |
| **2.2** | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346**<br><br>Date or dates debt was incurred<br>**7/1/24-8/2/24**<br><br>Last 4 digits of account number<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**Payroll Taxes**<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | $15,574.02 | $15,574.02 |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

Debtor **Parker Heating & Cooling Inc.**  Case number (if known) **24-40304**
Name

| 3.1 | **Nonpriority creditor's name and mailing address**<br>**GVS Contracting**<br>**301 South Line St.**<br>**Creal Springs, IL 62922** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$16,504.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** Sub Contractor | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**The Lamar Companies**<br>**P.O. Box 746966**<br>**Atlanta, GA 30374-6966** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,095.00** |
| | Date(s) debt was incurred __ | **Basis for the claim:** Vendor | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**WEX Fleet Universal**<br>**P.O. Box 639**<br>**Portland, ME 04104** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,432.28** |
| | Date(s) debt was incurred __ | **Basis for the claim:** Gas Card | |
| | Last 4 digits of account number 0113 | Is the claim subject to offset? ■ No ☐ Yes | |

**Part 3:** **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 18,466.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 24,031.28 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 42,497.28 |

# United States Bankruptcy Court
## Southern District of Illinois

In re   **Parker Heating & Cooling Inc.**                              Case No.   **24-40304**
                              Debtor(s)                                 Chapter    **11**

### VERIFICATION OF CREDITOR MATRIX - AMENDED

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge and that it corresponds to the creditors listed in our schedules.

Date:   **August 19, 2024**                    **/s/ Jerry Parker**
                                                **Jerry Parker/President**
                                                Signer/Title

```
GVS Contracting
301 South Line St.
Creal Springs, IL 62922


Illinois Department of Revenue
BK Unit Level 7-425
100 Randolph St.
Chicago, IL 60601


Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346


The Lamar Companies
P.O. Box 746966
Atlanta, GA 30374-6966


WEX Fleet Universal
P.O. Box 639
Portland, ME 04104
```