| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Parker Heating & Cooling Inc.** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | **24-40304** |

■ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease on a Konica Minolta Copier C360i** | |
| | State the term remaining | **1 year 3 months** | **CDS Office Technologies**<br>**Lease Processing Center**<br>**1111 Old Eagle School Road**<br>**Wayne, PA 19087** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Company Uniforms** | |
| | State the term remaining | | **Clean Uniform Company**<br>**P.O. Box 840140**<br>**Kansas City, MO 64184-0140** |
| | List the contract number of any government contract | | |